IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 1:24-CR-300-RBW |
| TIMOTHY FINNEGAN, | § § | |

**UNOPPOSED MOTION TO CONTINUE TRIAL AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

TO THE HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE:

Counsel for the Defendant, Timothy Finnegan ("Mr. Finnegan"), moves this Court for a continuance of the trial, currently set for September 3, 2024, for 90 days until December 2, 2024 or as the Court may otherwise direct. The parties request the additional time to review the global discovery production, which is voluminous. Further, counsel moves to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public, and Mr. Finnegan, in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support of its motion, counsel presents the following:

1. Mr. Finnegan is charged by an Information with misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021.

2. Counsel respectfully requests additional time before trial, to review the global discovery in this case, as well as investigate the facts and possibly interview witnesses. The global discovery contains terabytes of information and while all may not be relevant to this particular case, additional time is necessary to confirm as much. An additional attorney from the Federal Public Defender's office will be

    joining the case as co-counsel. The additional time is also necessary for co-counsel to get admitted into the court and familiarize himself with the case. Counsel is duty-bound to do so to serve as effective counsel to Mr. Finnegan.

3. Because a trial may or may not be required, the continuance could save the Government from unnecessary trial preparation. Additionally, counsel for the Government and undersigned counsel are set for lengthy trials in October. A continuance would allow both parties to effectively and diligently prepare for her respective cases.

4. Granting this motion will adjust the forthcoming deadlines listed in the scheduling order, as well as the pre-trial conference currently set for August 20, 2024.

5. The Government is unopposed to this request. Mr. Finnegan assents to this motion.

6. This is the first request to continue trial.

7. This request is not made for purposes of delay, but so that justice may be served.

WHEREFORE, undersigned counsel respectfully requests that this motion be granted.

    Respectfully submitted,

    K. ANTHONY THOMAS
    Federal Public Defender
    District of New Jersey

    /s/ Andrea G. Aldana
    ANDREA G. ALDANA
    Assistant Federal Public Defender
    TX Bar No. 24111086
    609-649-7943
    andrea_g_aldana@fd.org

## CERTIFICATE OF CONFERENCE

I certify that on <u>July 17, 2024</u>, I contacted Assistant United States Attorney Anna Krasinski and confirmed the Government does not oppose this motion.

<u>/s/ *Andrea G. Aldana*</u>
ANDREA G. ALDANA

## CERTIFICATE OF SERVICE

I, Andrea G. Aldana, hereby certify that I caused a copy of the foregoing motion to be served via email and the Notice of Docketing Activity generated by the electronic filing system, upon Assistant United States Attorney Anna Krasinski, simultaneous to the filing of this motion.

<u>/s/ *Andrea G. Aldana*</u>
ANDREA G. ALDANA