UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TIMOTHY FINNEGAN, )<br>)<br>Defendant. )<br>) | Criminal Action No. 24-300 (RBW) |

### ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Trial and to Exclude Time Under the Speedy Trial Act, ECF No. 18, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue Trial and to Exclude Time Under the Speedy Trial Act, ECF No. 18, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that, on July 29, 2024, at 2:00 p.m., the parties shall appear for a status hearing before the Court, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). The parties shall be prepared to discuss the basis for requesting a ninety-day continuance of the currently scheduled jury trial and accordingly, why the trial cannot be rescheduled to an earlier date.

**SO ORDERED** this 23rd day of July, 2024.

REGGIE B. WALTON
United States District Judge