IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 1:24-CR-300-RBW |
| § | |
| TIMOTHY FINNEGAN, § | |

### MOTION TO SET PLEA AND TO PROCEED BY VTC FOR PLEA

TO THE HONORABLE REGGIE B. WALTON, SENIOR UNITED STATES DISTRICT JUDGE:

Defendant, Timothy Finnegan ("Mr. Finnegan"), respectfully moves this Honorable Court to set a hearing for a change of plea and to permit the parties to proceed via video teleconference for said hearing. On September 18, 2024, an executed plea agreement and statement of the offense were delivered to AUSA Anna Krasinski and to this Court. The parties are available October 3, 2024, at 2:00 P.M. for the change of plea hearing. Mr. Finnegan consents to this request.

Respectfully submitted,

s/ Andrea G. Aldana
ANDREA G. ALDANA
Assistant Federal Public Defender
TX Bar No. 24111086
609-649-7943
andrea_g_aldana@fd.org

## CERTIFICATE OF SERVICE

      I, Andrea G. Aldana, hereby certify that I caused a copy of the foregoing motion to be served via email and the Notice of Docketing Activity generated by the electronic filing system, upon Assistant United States Attorneys Anna Krasinski and Shalin Nohria, simultaneous to the filing of this motion.

                                                    /s/ *Andrea G. Aldana*
                                                    ANDREA G. ALDANA