**FILED**
JAN 23 2025
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 24-300 (RBW)
)
TIMOTHY FINNEGAN, )
)
Defendant. )

### ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 39, it is hereby

**ORDERED** that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a), ECF No. 39, is **GRANTED**.[1] It is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 22nd day of January, 2025.

REGGIE B. WALTON
United States District Judge

---

[1] The government is dismissing this case based on the issuance of the President's Pardon, despite the government's original allegations included in the criminal information, see Information as to Timothy Finnegan at 1, ECF No. 13, and the defendant's subsequent guilty plea to two counts for criminal conduct he engaged in on January 6, 2021, see Plea Agreement as to Timothy Finnegan at 1, ECF No. 31. Specifically, the defendant pleaded guilty to having committed: (1) Disorderly and Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D); and (2) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). See id. Additionally, the defendant signed a Statement of Offense as a basis for entering his guilty plea, which is included as an attachment to this Order.